CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LUIS ANGEL CORDERO, JR., | : | Civil No. 11-3753 (NLH) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| DONNA ZICKEFOOSE, | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 30th day of December, 2011,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED AS MOOT; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties, and shall close the file.

/s/ Noel L. Hillman
**NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey